## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Aaron E. Young,

    Petitioner,

        v.                     Case No.   1:15cv637

Warden, North Central Correctional,         Judge Michael R. Barrett
Institution

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 12, 2016 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 19) of the Magistrate Judge is hereby **ADOPTED.** Petitioner's Motion for Stay and Abeyance (Doc. 16) is **DENIED**.

    **IT IS SO ORDERED.**

                                    *s/Michael R. Barrett*
                                    Michael R. Barrett
                                    United States District Judge