UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Aaron E. Young,

    Petitioner,

        v.                                     Case No. 1:15cv637

Warden, North Central
Correctional Institution,                     Judge Michael R. Barrett

    Respondent.

## **ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 22, 2018 (Doc. 54).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 54) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 54) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Petitioner's Motion for Relief from Judgment (Doc. 53) is **GRANTED** and this case is reinstated as pending on Objections to the Magistrate Judge's Reports and Recommendations (Docs. 31, 36, 41, 42, 44).

    **IT IS SO ORDERED.**

                                                            *s/Michael R. Barrett*
                                                            Michael R. Barrett, Judge
                                                            United States District Court