**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Aaron E. Young,

    Petitioner,

        v.                     Case No.   1:15cv637

Neil Turner, Warden,
North Central Correctional
Institution,                             Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on January 28, 2021 (Doc. 69).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 69) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 69) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Petitioner's Motion to Alter or Amend the Judgment (Doc. 68) is **DENIED**. This matter remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

                                                /s Michael R. Barrett
                                                Michael R. Barrett, Judge
                                                United States District Court